IN THE UNITED STATES DISTRICT COURT
For The
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. JESUS LUA Defendant. | Case No. 6:25-po-00298-HBK **DEFENDANT'S STATUS REPORT ON UNSUPERVISED PROBATION** |

PURSUANT to an order of this Court the Defendant hereby submits its status report on unsupervised probation:

| | |
|---|---|
| **Convicted of:** | 36 C.F.R. § 4.4(b) incorporating CVC § 23247(c) |
| **Sentence Date:** | September 16, 2025 |
| **Review Hearing Date:** | October 6, 2026 |
| **Probation Expires On:** | September 16, 2027 |

***<u>CONDITIONS OF UNSUPERVISED PROBATION:</u>***

☒ **Obey all federal, state and local laws**; and

☒ **Monetary Fines & Penalties in Total Amount of:** $1,000.00 which Total Amount is made up of a Fine: $ 990.00 Special Assessment: $ 10.00 Processing Fee: $ N/A Restitution: $ N/A

☒ **Payment schedule of:** $ 10 Special Assessment due within 7 days and the balance to be paid in full by 9/16/2026.

☐ **Community Service hours Imposed of:** N/A

☒ **Other Conditions:** Shall drive only if properly licensed and in compliance with any restrictions.

***<u>DEFENSE POSITION:</u>***

☒ To date, Defendant has paid a total of $ 1,000.00
☐ If not paid in full when was last time payment: Date: Click here to enter a date.
Amount: $

☐ To date, Defendant has performed Click here to enter text. hours of community service.

☒ **Compliance with Other Conditions of Probation:** Mr. Lua has complied with all other conditions of his probation.

***<u>GOVERNMENT POSITION:</u>***

☒ The Government agrees to the above-described compliance.

☐ Defendant has complied with and completed all conditions of probation described above.

☐ Defendant has not been arrested, cited or charged with any federal, state or local criminal offenses since being placed on probation by this Court.

If so, describe arrest/charge/citation (location, court, date & offense): Click here to enter text.

☐ The Government disagrees with the following area(s) of compliance:

Government Attorney:

***<u>DEFENDANT'S REQUEST (OPTIONAL):</u>***

In light of the information detailed in this status report, the defendant moves for the following:

☒ that the review hearing set for 10/6/2026 at 10 am

☐ be continued to Click here to enter a date. at 10:00 a.m.; or

☒ be vacated.

☐ that Defendant's unsupervised probation be terminated, and that the case be closed.

DATED: 9/28/2026

*<u>/s/ Peter McGuire</u>*
DEFENDANT'S COUNSEL

**O R D E R**

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

☐ GRANTED. The Court orders that Choose an item.

☒ DENIED. Defendant may appear by videoconference for the review hearing.

DATED: 10/5/2026

**HELENA M. BARCH-KUCHTA**
United States Magistrate Judge